IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOLOMON ABBA, § | |
|     FCI-ID A 16082457, § | |
|         Petitioner, § | |
| v. § | CIVIL ACTION NO. H-05-1913 |
| § | |
| ALBERTO GONZALES, *et al.*, § | |
|     Respondents. § | |

ORDER OF DISMISSAL

For the reasons stated in this Court's Opinion on Dismissal, this case is DISMISSED without prejudice.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on December 21, 2005.


_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE